UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
----------------------------------- x
JEFFREY W. KUSMICK,                 :

                    Plaintiff, :

              Action No. 10-2596 (FSH)

       -against-              :

**ANSWER AND JURY DEMAND**

KARIM ARZADI, ESQ., FISBO OF NEW    :
JERSEY, L.L.C., WAYLAND ENG, SHEAN
CHANG WANG,                         :

                   Defendants.
----------------------------------- x

Defendant, WAYLAND ENG, ("Defendant"), pro se, answers the complaint (the "Complaint") of Plaintiff, JEFFREY W. KUSMICK, as follows:

1. Defendant denies the allegations of Count I paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12 of the Complaint.

## FIRST AFFIRMATIVE DEFENSE

2. The Complaint fails to state a cause of action.

## SECOND AFFIRMATIVE DEFENSE

3. The architectural designs, drawings, and services allegedly copied lack sufficient originality to be copyrightable.

### THIRD AFFIRMATIVE DEFENSE

4. Plaintiff is not entitled to attorneys' fees or statutory damages because the alleged infringement occurred prior to any registration of the plaintiff's alleged copyright of its pattern.

### FOURTH AFFIRMATIVE DEFENSE

5. Plaintiff has no valid copyright in the allegedly infringed design.

### FIFTH AFFIRMATIVE DEFENSE

6. Plaintiff's action is barred in part or in its entirety by the applicable statute of limitations.

### SIXTH AFFIRMATIVE DEFENSE

7. Plaintiff's claim for injunctive relief is barred by the doctrine of mootness.

### SEVENTH AFFIRMATIVE DEFENSE

8. Plaintiff is barred from asserting an infringement claim against defendant because plaintiff granted a license to defendant to use the allegedly infringed design.

### EIGHTH AFFIRMATIVE DEFENSE

9.   Plaintiff acquiesced in Defendant's use of the allegedly infringing design.  Plaintiff is therefore barred by the doctrine of estoppel from asserting any claim against Defendant in connection therewith.

**NINTH AFFIRMATIVE DEFENSE**

10.  Plaintiff's action is barred by the doctrine of laches.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff's action is barred by the doctrine of abandonment.

**WHEREFORE**, Defendant respectfully requests that:

(a)   Plaintiff take nothing by way of its Complaint;

(b)   The Court dismiss Plaintiff's Complaint in its entirety with prejudice;

(c)   Defendant be awarded its costs and fees in this action pursuant to 17 U.S.C. § 505; and

(d)   The Court award Defendant any other relief it deems just and proper.

Dated:   Perth Amboy, New Jersey
         June 23, 2010

                                   DEFENDANT WAYLAND ENG
                                   PRO SE

                                   _____
                                   DEFENDANT WAYLAND ENG, PRO SE
                                   301 HILLSIDE TERRACE
                                   STATEN ISLAND, NY 10308-3410
                                   732-715-9896

## DEMAND FOR A JURY TRIAL

Please take notice that Defendant demands a jury trial in this action.

Dated:   Staten Island, New York
         June 23, 2010

                                   DEFENDANT WAYLAND ENG
                                   PRO SE

                                   _____
                                   DEFENDANT WAYLAND ENG, PRO SE
                                   301 HILLSIDE TERRACE
                                   STATEN ISLAND, NY 10308-3410
                                   732-715-9896